**Order filed March 31, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00017-CV
_____

## DENISE MILLER, Appellant

## V.

## JOHN M. HENDERSON, M.D., Appellee

On Appeal from the 441st District Court

Midland County, Texas

Trial Court Cause No. CV52184

### O R D E R

Denise Miller has filed an unopposed motion to abate this interlocutory appeal. In the motion, Miller states that the parties are awaiting the trial court's ruling on her request for a thirty-day extension of time in which to file a supplemental expert report. Miller also states that further hearings in the trial court may be needed and that this appeal should be abated in the interest of judicial economy. Counsel for the appellee does not oppose the motion to abate.

The motion is granted, and the appeal is abated. The parties are instructed to notify this court immediately of any pertinent rulings made by the trial court, and the district clerk is directed to immediately provide this court with a supplemental clerk's record containing any further orders of the trial court in this matter.

PER CURIAM

March 31, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.